1  DANIEL G. BOGDEN
   United States Attorney
2  MEGAN RACHOW
   Assistant United States Attorney
3  100 West Liberty Street, Suite 600
   Reno, Nevada 89501
4  (775) 784-5438

✓ FILED          ____ RECEIVED
____ ENTERED     ____ SERVED ON
          COUNSEL/PARTIES OF RECORD

JAN 28 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

5  Attorneys for Plaintiff

6                  UNITED STATES DISTRICT COURT

7                       DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA,

9              Plaintiff,            INDICTMENT FOR VIOLATION OF:

10      v.                           Title 18, United States Code, Sections
                                     922(g)(1) and 924(a)(2) – Felon in Possession
11  SHAUN JERMAINE ESTES,            of a Firearm (Count One)

12              Defendant.

13                                   **3:15-cr-00015-LRH-VPC**

14  THE GRAND JURY CHARGES THAT:

15                          COUNT ONE

16              (Felon in Possession of a Firearm)

17      On or about December 4, 2014, in the State and District of Nevada, SHAUN JERMAINE

18  ESTES, defendant herein, having been convicted of a crime punishable by imprisonment for a term

19  exceeding one year in the Superior Court of California, County of Santa Clara, to wit:  Transportation,

20  Sales or Distribution of a Controlled Substance, on or about March 22, 2005; did knowingly possess a

21  Kel-Tec 9mm caliber semi-automatic handgun, bearing serial number 11825, said possession being in

22  and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and

23  924(a)(2).

24  / / /

                              1

**FORFEITURE ALLEGATION**

1.      The allegation of Count One of this Criminal Indictment is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the felony offense charged in Count One of this Criminal Indictment, SHAUN JERMAINE ESTES, defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g)(1):

   a.   a Kel-Tec 9mm caliber semi-automatic handgun, bearing serial number 11825; and

   b.   any and all ammunition ("property").

All pursuant to Title 18, United States Code, Section 922(g)(1); Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).


A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

_____
MEGAN RACHOW
Assistant United States Attorney

2